**B104 (FORM 104) (08/07)**

| ADVERSARY PROCEEDING COVER SHEET | ADVERSARY PROCEEDING NUMBER<br>16-90020 |
|---|---|
| **PLAINTIFFS**<br>CAROLYN P. MENDOZA | **DEFENDANT**<br>DWAYNE K. MENDOZA |
| **ATTORNEYS**<br>Dan S. Ikehara #4242<br>Joyce J. Uehara #3267<br>98-084 Kamehameha Highway<br>Suite 303B<br>Aiea, HI 96701<br>Tel: (808) 485-1420<br>Fax: (425) 274-7333<br>Email: DSIkehara@aol.com | **ATTORNEYS**<br>W. Richard Abelmann<br>Abelmann Peterson Rollins LLLC<br>677 Ala Moana Blvd., Suite 1009<br>Honolulu, HI 96813<br>Tel: 808-589-1010<br>Fax : 888-797-7471<br>Email: rick@abelmannlaw.com |
| **PARTY** (Check One Box Only)<br>[ ] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[✓] Creditor  [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[✓] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)
Plaintiff seeks a determination of the dischargeability of Defendant's domestic support obligation under 11 U.S.C. § 523(a)(5).

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) - Dischargeability (continued)**
[**1**] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
[ ] 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ 103,511.78 |

U.S. Bankruptcy Court - Hawaii   #16-90020   Dkt # 2   Filed  04/18/16   Page 1 of 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>**DWAYNE K. MENDOZA**<br>**NILA T. MENDOZA** || BANKRUPTCY CASE NO.<br>**13-01333** |
| DISTRICT IN WHICH CASE IS PENDING<br>**District of Hawaii** | DIVISION OFFICE<br>**Honolulu** | NAME OF JUDGE<br>**The Honorable Robert J. Faris** |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEYS

/s/ DAN S. IKEHARA

/s/ JOYCE J. UEHARA

DAN S. IKEHARA

JOYCE J. UEHARA

| April 18, 2016 | NAME OF ATTORNEYS<br>**DAN S. IKEHARA**<br>**JOYCE J. UEHARA** |
|---|---|