# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | | Bankruptcy Case No. |
| DWAYNE K. MENDOZA and NILA T. MENDOZA | Debtor(s) | **13-01333** |
| CAROLYN P. MENDOZA (et al.) | Plaintiff(s) | Adversary Proceeding No. |
| vs. | | **16-90020** |
| DWAYNE K. MENDOZA (et al.) | Defendant(s) | |

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE
## IN AN ADVERSARY PROCEEDING    ( ☐ Amended)

**YOU ARE SUMMONED** and required to submit a motion or answer to the attached complaint to the clerk of the bankruptcy court at the address below within **30** days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. If you make a motion, your time to answer is governed by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

> *Address of Clerk*:  United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250
> Honolulu, Hawaii 96813

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

> *Name and Address of Plaintiff's Attorney*:
> DAN S. IKEHARA #4242
> JOYCE J. UEHARA #3267
> 98-084 Kamehameha Highway, Suite 303B
> Aiea, Hawaii 96701
> Email: DSIkehara@aol.com

**YOU ARE REQUIRED** to attend a scheduling conference at the place and time below. Local Bankruptcy Rule 7016-1 requires that a scheduling conference statement be filed and served on all parties no later than 7 days prior to the scheduling conference. LBR 7026-1 also requires a conference of the parties not later than 14 days before the scheduling conference and a good faith attempt to agree on a discovery plan. The parties may report orally on the discovery plan at the scheduling conference.

| | |
|---|---|
| *Address*: Courtroom, 3rd Floor<br>United States Bankruptcy Court<br>District of Hawaii<br>1132 Bishop Street, Suite 250L<br>Honolulu, Hawaii 96813 | *Date*:<br>June 17, 2016<br><br>*Time*:  2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Issued by:

Date of Issuance: April 18, 2016              MICHAEL B. DOWLING
*(date of filing)*                             Clerk of the Bankruptcy Court

H2500B          12/15

| | |
|---|---|
| In re<br>DWAYNE K. MENDOZA and NILA T. MENDOZA    Debtor(s) | Bankruptcy Case No.<br>**13-01333**<br>Adversary Proceeding No.<br>**16-90020** |
| CAROLYN P. MENDOZA    Plaintiff(s)<br>vs.<br>DWAYNE K. MENDOZA    Defendant(s) | |

## CERTIFICATE OF SERVICE

I, _____JOYCE J. UEHARA_____ (name), certify that service of this summons and a copy of the complaint was made _____04/18/2016_____ (date) by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    W. RICHARD ABELMANN, 1330 Ala Moana Blvd Ste 301, Honolulu, Hawaii 96814
    DONALD L. SPAFFORD, JR., 1003 Bishop St Ste 470, Honolulu, Hawaii 96813

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date 04/18/2016      Signature /S/ JOYCE J. UEHARA

     Print Name :      JOYCE J. UEHARA #3267

     Business Address:      98-084 Kamehameha Hwy 303B
                                        Aiea, Hawaii 96701