DAN S. IKEHARA #4242
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
DSIkehara@aol.com

JOYCE J. UEHARA #3267
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
aiealawoffice@gmail.com

Attorneys for Creditor/Plaintiff
CAROLYN P. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>DWAYNE K. MENDOZA and<br>NILA T. MENDOZA,<br><br>       Debtors.<br><br>CAROLYN P. MENDOZA,<br><br>       Plaintiff,<br><br>vs.<br><br>DWAYNE K. MENDOZA,<br><br>       Defendant. | Case No. 13-01333<br>(Chapter 7)<br><br>Adv. Proc. No. 16-90020<br>(Dischargeability – Domestic Support)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that filed copies of the Complaint to Determine Dischargeability of Debt; Exhibits "1" –"5," and the Summons and Notice of Scheduling Conference in an Adversary Proceeding, each filed on April 18, 2016, were duly served via U.S. mail, postage prepaid, and via the Court's CM/ECF system, upon the following individuals at their last known addresses on April 18, 2016:

>W. RICHARD ABELMANN
>Abelmann Peterson Rollins LLLC
>677 Ala Moana Boulevard
>Suite 1009
>Honolulu, Hawaii 96813
>
>DONALD L. SPAFFORD, JR.
>1003 Bishop Street
>Suite 470
>Honolulu, Hawaii 96813
>
>Attorneys for Debtor/Defendant
>DWAYNE K. MENDOZA

In addition, pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure, which authorizes service of a summons upon both a debtor and the debtor's attorney, the foregoing documents were also served via U.S mail, postage prepaid, upon Defendant/Debtor DWAYNE K. MENDOZA, at his last known address on April 18, 2016:

>DWAYNE K. MENDOZA
>P.O. Box 89104
>Honolulu, Hawaii 96830
>
>Debtor/Defendant

DATED: Aiea, Hawaii, _____May 19, 2016_____.

>/S/ DAN S. IKEHARA
>DAN S. IKEHARA
>JOYCE J. UEHARA
>Attorneys for Creditor/Plaintiff
>CAROLYN P. MENDOZA