H7055a (12/15)

| Filer's Name, Address, Phone, email: | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF HAWAII**<br>1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813 | |
| Debtor(s): | Case No.: |
| Plaintiff(s):<br><br>(et al. *if multiple parties*)<br>Defendant(s):<br><br>(et al. *if multiple parties*) | Adversary Proceeding No.: |

# REQUEST FOR ENTRY OF DEFAULT AND DECLARATION IN SUPPORT

As certified in the declaration included herein, each of the following parties has failed to plead or otherwise defend in this matter. Pursuant to Fed. R. Civ. P. 55(a) (made applicable by Fed. R. Bankr. P. 7055), the undersigned requests that the clerk enter default against:

1. The defaulting party is (*check all that apply*):

    a debtor (service must have been made on both the debtor and the debtor's attorney)

    an individual other than an infant, incompetent, or someone protected under
    the Servicemembers Civil Relief Act (50 U.S.C. app. §§ 501 et seq.)

    a domestic or foreign corporation, partnership, or other unincorporated association, including a limited liability company.

    an insured depository institution

    a state or municipal corporation or other governmental organization

    the United States, an officer or agency of the United States, or the United States trustee.

2. The complaint or amended complaint was filed on: _____.

3. A summons was issued on: _____.

4. The defaulting party was served the summons and a copy of the complaint on: _____.

5. Service of the summons and a copy of the complaint was made in the following manner:

    Personal service

    First Class Mail

    Service by publication

    Service in a foreign country as authorized under the Hague Convention or other authority (attach a statement showing compliance with the specific provisions for service in that country)

6. If service was made by first class mail, cite the applicable provision(s) of Fed. R. Bankr. P. 7004 or Fed. R. Civ. P. 4 governing the sufficiency of service (*see attached instructions*):

7. No answer or other responsive pleading has been filed by the party or parties against whom this request is made.

The undersigned has personal knowledge of the foregoing and declares under penalty of perjury that the information above is true and correct.

Date: _____     /s/_____
                                              [*Print name and sign*]