Mendoza,
    Plaintiff

Mendoza,
    Defendant

Adv. Proc. No. 16-90020-rjf

## CERTIFICATE OF NOTICE

District/off: 0975-1     User: mbd     Page 1 of 1     Date Rcvd: May 20, 2016
                        Form ID: H9022a     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2016.
dft       +Dwayne K. Mendoza,    PO Box 89104,    Honolulu, HI 96830-7104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2016 at the address(es) listed below:
         Dan S. Ikehara    on behalf of Plaintiff Carolyn P. Mendoza dsikehara@aol.com
         Donald L. Spafford, Jr.    on behalf of Defendant Dwayne K. Mendoza
         donaldspaffordattorney@gmail.com,    spaffordECFmail@gmail.com
         Joyce Junko Uehara    on behalf of Plaintiff Carolyn P. Mendoza aiealawoffice@gmail.com
         W. Richard Abelmann    on behalf of Defendant Dwayne K. Mendoza rick@abelmannlaw.com,
         notices@abelmannlaw.com;holly@abelmannlaw.com;chris@abelmannlaw.com;brenda@abelmannlaw.com;travis
         @abelmannlaw.com;makana@abelmannlaw.com;lars@abelmannlaw.com;ofir@abelmannlaw.com
                                                                                                                                       TOTAL: 4

H9022a (12/15)

| **Information to identify the case:** | | |
|---|---|---|
| Debtor(s) | **Dwayne K. Mendoza and Nila T. Mendoza** | United States Bankruptcy Court<br>District of Hawaii |
| Parties | Carolyn P. Mendoza, | |
| | Plaintiff(s) | |
| | v. | |
| | Dwayne K. Mendoza, | Bankruptcy Case number: **13–01333**<br>Chapter: **7** |
| | Defendant(s) | Adversary Proceeding No: **16–90020** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Entry of Default Against Dwayne K. Mendoza. It appears from the record that the aforementioned defendant(s) failed to plead or otherwise defend in this proceeding as required by law. Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055. Michael B. Dowling, Clerk of the Bankruptcy Court (related document(s)5). (MBD)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: May 20, 2016

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

Michael B. Dowling
Clerk