ABELMANN PETERSON ROLLINS LLLC

LARS PETERSON 8604
W. RICHARD ABELMANN 9158
677 Ala Moana Blvd. Ste. 1009, Honolulu, Hawaii 96813
Tel 808.589.1010  Fax 888.797.7471
lars@abelmannlaw.com | rick@abelmannlaw.com

Attorneys for Debtors DWAYNE K. MENDOZA and NILA T. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No. 13-01333 |
| | ) | (Chapter 7) |
| | ) | |
| | ) | Adv. Proc. No. 16-90020 |
| DWAYNE K. MENDOZA and | ) | |
| NILA T. MENDOZA | ) | DECLARATION OF DEBTOR |
| | ) | DWAYNE K. MENDOZA |
| Debtors. | ) | |
| | ) | |
| | ) | Date:   May 16, 2016 |
| | ) | Time:  9:30 a.m. |
| _____ | ) | Judge: Hon. Robert J. Faris |

DECLARATION OF DEBTOR DWAYNE K. MENDOZA

DWAYNE K. MENDOZA declares as follows:

1. I am competent and authorized to make the statements herein.

2. I reside at 98-288 Kaonohi Street, Aiea, Hawaii 96701.

3. I regularly receive mail at this address.

4. I also receive mail at my PO Box 89104, Honolulu, Hawaii 96830.

5. As of today, I have not received any correspondence from Plaintiff or Dan Ikehara, Esq. or Joyce Uehara, Esq. relating to this adversary proceeding at either of these two addresses.

6. I first heard of this adversary proceeding on May 19, 2016, when my attorneys called to ask if I received any Summons and/or Complaint since April 1, 2016.

7. If I had received a copy of the Summons and Complaint, I would have immediately contacted my attorneys to discuss it.

I, DWAYNE K. MENDOZA, do hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Further declarant sayeth naught.

DATED: Honolulu, Hawaii, May 24, 2016.

/s/ Dwayne K. Mendoza
Debtor DWAYNE K. MENDOZA