DAN S. IKEHARA #4242
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
DSIkehara@aol.com

JOYCE J. UEHARA #3267
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
aiealawoffice@gmail.com

Attorneys for Creditor/Plaintiff
CAROLYN P. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-01333 |
| | ) | (Chapter 7) |
| DWAYNE K. MENDOZA and | ) | |
| NILA T. MENDOZA, | ) | Adv. Proc. No. 16-90020 |
| | ) | (Dischargeability – Domestic Support) |
| Debtors. | ) | |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| CAROLYN P. MENDOZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DWAYNE K. MENDOZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the Notice of Hearing filed on May 24, 2016 was duly served via U.S. mail, postage prepaid, and via the Court's CM/ECF system, upon the following individuals at their last known address on May 24, 2016:

>W. RICHARD ABELMANN
>LARS PETERSON
>Abelmann Peterson Rollins LLLC
>677 Ala Moana Boulevard
>Suite 1009
>Honolulu, Hawaii 96813
>
>Attorneys for Debtor/Defendant
>DWAYNE K. MENDOZA

In addition, pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure, a true and correct copy of the foregoing document was also served via U.S. mail, postage prepaid, upon Debtor/Defendant DWAYNE K. MENDOZA, at his last known address on May 24, 2016:

>DWAYNE K. MENDOZA
>P.O. Box 89104
>Honolulu, Hawaii 96830
>
>Debtor/Defendant

DATED: Bothell, Washington, _____May 27, 2016_____.

>/S/ DAN S. IKEHARA
>DAN S. IKEHARA
>JOYCE J. UEHARA
>Attorneys for Creditor/Plaintiff
>CAROLYN P. MENDOZA