```
                          United States Bankruptcy Court
                                District of Hawaii
Mendoza,
          Plaintiff                                      Adv. Proc. No. 16-90020-rjf
Mendoza,
          Defendant
```

# CERTIFICATE OF NOTICE

```
District/off: 0975-1       User: lisa              Page 1 of 1            Date Rcvd: Jul 18, 2016
                           Form ID: H9022a         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
pla            +Carolyn P. Mendoza,    2214 California Avenue,    Wahiawa, HI 96786-2876
dft            +Dwayne K. Mendoza,    PO Box 89104,    Honolulu, HI 96830-7104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
```
              Dan S. Ikehara    on behalf of Plaintiff Carolyn P. Mendoza dsikehara@aol.com
              Donald L. Spafford, Jr.    on behalf of Defendant Dwayne K. Mendoza
               donaldspaffordattorney@gmail.com,    spaffordECFmail@gmail.com
              Joyce Junko Uehara    on behalf of Plaintiff Carolyn P. Mendoza aiealawoffice@gmail.com
              Lars Peterson    on behalf of Defendant Dwayne K. Mendoza lars@abelmannlaw.com,
               staff@petersonlawhawaii.com;larsecfmail@gmail.com;rick@abelmannlaw.com;chris@abelmannlaw.com;holl
               y@abelmannlaw.com;brenda@abelmannlaw.com;makana@abelmannlaw.com;ofir@abelmannlaw.com
              W. Richard Abelmann    on behalf of Defendant Dwayne K. Mendoza rick@abelmannlaw.com,
               notices@abelmannlaw.com;holly@abelmannlaw.com;chris@abelmannlaw.com;brenda@abelmannlaw.com;travis
               @abelmannlaw.com;makana@abelmannlaw.com;lars@abelmannlaw.com;ofir@abelmannlaw.com
                                                                                               TOTAL: 5
```

H9022a (12/15)

| Information to identify the case: | |
|---|---|
| Debtor(s) **Dwayne K. Mendoza and Nila T. Mendoza** | **United States Bankruptcy Court District of Hawaii** |
| Parties Carolyn P. Mendoza, | |
| Plaintiff(s) | |
| v. | |
| Dwayne K. Mendoza, | Bankruptcy Case number: **13–01333**<br>Chapter: **7** |
| Defendant(s) | Adversary Proceeding No: **16–90020** |

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Denying Request for Entry of Default Judgment (Related Doc # 7) Date of Entry: 7/18/2016. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: July 18, 2016

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov