H9013-3A (3/16)

| Filer's Name, Address, Phone, email: | |
|---|---|
| DAN S. IKEHARA #4242<br>DSIkehara@aol.com<br>JOYCE J. UEHARA #3267<br>aiealawoffice@gmail.com<br>98-084 Kamehameha Highway, Suite 303B<br>Aiea, Hawaii 96701<br>(808) 485-1420 |  |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250, Honolulu, Hawaii 96813

| Debtor(s): | DWAYNE K. MENDOZA<br>NILA T. MENDOZA | Case No.: 13-01333 |
|---|---|---|
| Plaintiff(s): | CAROLYN P. MENDOZA | Adversary Proceeding No.: 16-90020 |
| | (et al. *if multiple parties*) | |
| Defendant(s): | DWAYNE K. MENDOZA | Related Docket No.: N/A |
| | (et al. *if multiple parties*) | |

## CERTIFICATE OF SERVICE

| *Document(s) served:* | *Date served:* |
|---|---|
| Proposed Stipulation and Order constituting Plaintiff's settlement offer pursuant to Rule 7068 of the Federal Rules of Bankruptcy Procedure | 07/23/2016 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.** *[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution. Attach continuation sheets as needed.]*

| *Example:*<br>• Name of person served<br>• If attorney, name of client<br>• Mailing address or<br>  Email address if served via ECF or<br>  Fax number if served by fax | Lars Peterson, Esq.<br>Attorney for DWAYNE K. MENDOZA<br>677 Ala Moana Blvd, Suite 1009<br>Honolulu, Hawaii 96813<br>and<br>lars@abelmannlaw.com | W. Richard Abelmann, Esq.<br>Attorney for DWAYNE K. MENDOZA<br>rick@abelmannlaw.com |
|---|---|---|
| Ofir Raviv, Esq.<br>Attorney for DWAYNE K. MENDOZA<br>ofir@abelmannlaw.com | Chris Rollins, Esq.<br>Attorney for DWAYNE K. MENDOZA<br>chris@abelmannlaw.com | Chris Rollins, Esq.<br>Attorney for DWAYNE K. MENDOZA<br>chris@abelmannlaw.com |

| *Dated:*<br>08/10/2016 | /s/ DAN S. IKEHARA<br>[*Print name and sign*] |
|---|---|