DAN S. IKEHARA #4242
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
DSIkehara@aol.com

JOYCE J. UEHARA #3267
98-084 Kamehameha Highway
Suite 303B
Aiea, Hawaii 96701
Tel: (808) 485-1420
aiealawoffice@gmail.com

Attorneys for Creditor/Plaintiff
CAROLYN P. MENDOZA

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>DWAYNE K. MENDOZA and<br>NILA T. MENDOZA,<br><br>Debtors.<br><br>CAROLYN P. MENDOZA,<br><br>Plaintiff,<br><br>vs.<br><br>DWAYNE K. MENDOZA,<br><br>Defendant. | Case No. 13-01333<br>(Chapter 7)<br><br>Adv. Proc. No. 16-90020<br>(Dischargeability – Domestic Support)<br><br>PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR FOR SUMMARY JUDGMENT |

# PLAINTIFF'S SEPARATE AND CONCISE STATEMENT OF FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff CARPOLYN P. MENDOZA, by and through her attorneys, DAN S. IKEHARA and JOYCE J. UEHARA, and pursuant to LBR 7056-1(a), hereby submits this Separate and Concise Statement of Facts in Support of Plaintiff's Motion for Judgment on the Pleadings or for Summary Judgment.

|   | **Undisputed Material Fact** | **Evidentiary Support[1]** |
|---|---|---|
| 1 | Plaintiff and Defendant were divorced on October 28, 1993. | Divorce Decree, Dkt. #1, Page 6. |
| 2 | The Family Court ordered Defendant to pay alimony/spousal support to Plaintiff. | *Id.* ¶4.b., Dkt. #1, Page 7. |
| 3 | Defendant filed his chapter 13 bankruptcy petition on August 6, 2013. | *In re Mendoza*, Case No. 13-01333, Voluntary Petition, Dkt. #1. |
| 4 | Defendant listed Plaintiff's alimony claim as a priority unsecured debt on his bankruptcy Schedule E. | *Mendoza*, Schedule E, Dkt. #1, Page 19. |
| 5 | Defendant acknowledged that Plaintiff's claim is for a domestic support obligation. | *Mendoza*, Schedule E, Dkt. #1, Page 18. |
| 6 | Defendant disputed Plaintiff's spousal support claim. | *Mendoza*, Schedule E, Dkt. #1, Page 19. |

---

[1] Plaintiff requests that this Court take judicial notice of these facts to the extent a basis for judicial notice is plainly evident from the context of Plaintiff's Motion and this Statement.

| 7 | Plaintiff filed a Proof of Claim for Plaintiff's spousal support claim. | *Mendoza*, Claim 3-1. |
|---|---|---|
| 8 | Plaintiff also objected to Defendant's proposed chapter 13 plan because it did not provide for payment of Plaintiff's spousal support claim. | *Mendoza*, Objection to Chapter 13 Plan, Dkt. # 17. |
| 9 | Defendant converted his chapter 13 case to a chapter 7 case. | *Mendoza*, Debtor's Notice of Conversion of Chapter 13 Case to Chapter 7 Case, Dkt. #58, Order Granting Debtor's Notice of Conversion, Dkt. #59. |
| 10 | On May 28, 2014, the Family Court entered the Order Re: Plaintiff's Motion for Post-Decree Relief Filed 4/14/14, granting judgment against Defendant and in favor of Plaintiff in the amount of $103,011.78 plus post-judgment interest. | Order Re: Plaintiff's Motion for Post-Decree Relief Filed 4/14/14, Dkt. #1, Page 15. |
| 11 | On June 24, 2014, the Family Court entered Judgment against Defendant and in favor of Plaintiff for unpaid spousal support in the amount of $103,011.78 plus post-judgment interest. | Judgment, Dkt. #1, Page 16. |
| 12 | On August 13, 2014, the Family Court entered the Order Re: Defendant's Motion for Post-Decree Relief Filed 6/13/14 and Plaintiff's Motion for Post-Decree Relief Filed 7/10/14, awarding Plaintiff an additional $500.00 in unpaid alimony. | Order Re: Defendant's Motion for Post-Decree Relief Filed 6/13/14 and Plaintiff's Motion for Post-Decree Relief Filed 7/10/14, Dkt. #1, Page 17. |
| 13 | On October 1, 2014, the Family Court entered Amended Judgment against Defendant an in favor of Plaintiff for unpaid spousal support in the amount of $103,511.78 plus post-judgment interest. | Amended Judgment, Dkt. #1, Page 19. |

| 14 | On November 7, 2014, the Amended Judgment was recorded in the Bureau of Conveyances of the State of Hawaii as Document #A-54240966. | Amended Judgment Cover Sheet, Dkt. #1, Page 18. |
|---|---|---|
| 15 | Plaintiff seeks a determination by this Court that Plaintiff's spousal support claim in the amount of $103,511.78 is nondischargeable. | Complaint, Dkt. #1, Page 5; |
| 16 | It is undisputed that Plaintiff's spousal support claim in the amount if $103,511.78 is nondischargeable. | Complaint ¶14, Dkt. #1, Page 4; Answer ¶1, Dkt. #40, Page 2. |

DATED: Bothell, Washington,                August 19, 2016               .


/S/ DAN S. IKEHARA
DAN S. IKEHARA
JOYCE J. UEHARA
Attorneys for Plaintiff/Creditor
CAROLYN P. MENDOZA

4