| | |
|---|---|
| *Filer's Name, Address, Phone, Fax, Email:*<br>ABELMANN PETERSON ROLLINS LLLC<br><br>LARS PETERSON 8604<br>OFIR RAVIV 10413<br>677 Ala Moana Blvd. Ste. 1009, Honolulu, Hawaii 96813<br>Tel 808.589.1010  Fax 888.797.7471<br>lars@abelmannlaw.com | ofir@abelmannlaw.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br><br>hib_9006-1  (12/09) |

| *Debtor:* | DWAYNE K. MENDOZA | *Case No.:* **13-01333** |
|---|---|---|
| *Joint Debtor:*<br>*(if any)* | NILA T. MENDOZA | *Chapter:* **7** |

[If Adversary Proceeding, complete information below.  Use "et al" if multiple parties.]

| | | *Adversary Proceeding No.:* |
|---|---|---|
| *Plaintiff(s):* | CAROLYN P. MENDOZA | **16-90020** |
| vs.<br>*Defendant(s):* | DWAYNE K. MENDOZA | |

## MOTION TO ENLARGE OR SHORTEN TIME

| *Matter to Be heard:* | Motion to Continue Hearing on Plaintiff's Motion for Summary Judgment | *Related Dkt No.:*<br>*(if already filed)*<br>53 |
|---|---|---|
| *Moving Party:* | DWAYNE K. MENDOZA | |

The undersigned hereby moves under Fed. R. Bankr P. 9006(c) to reduce the time required:

☑ To set the matter for hearing, or   ☐ To provide notice of hearing already scheduled.

| Proposed Hearing Date and Time: | as soon as Court is available |
|---|---|
| Proposed Deadline for Response(s): | to be determined by Court |
| Proposed Deadline for Reply: | No reply |

### DECLARATION IN SUPPORT OF MOTION

[State: (1) the reasons for shortening time, (2) the parties with which the moving party has spoken or attempted to speak concerning the motion, (3) the positions on the motion taken by such parties, and (4) to whom, how, and when notice will be given.  Attach additional sheets as necessary.] <u>The undersigned declares as follows</u>:

Defendant seeks this Court's approval to continue the hearing on Plaintiff's Motion for Summary Judgment so that the Motion to Abstain filed by Defendant can be resolved first, as it is likely to be dispositive in this matter.
If the motion to shorten time is granted, Debtor will immediately file and serve notice of the hearing and deadline for response to notice and affected creditors.

Dated: 9/7/2016                            /s/ Lars Peterson
                                                     Signature          (Print name also if original signature)