H9022a (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor(s) | **Dwayne K. Mendoza and Nila T. Mendoza** | **United States Bankruptcy Court District of Hawaii** |
| Parties | Carolyn P. Mendoza, | |
| | Plaintiff(s) | |
| | v. | Bankruptcy Case number: **13–01333** |
| | Dwayne K. Mendoza, | Chapter: **7** |
| | Defendant(s) | Adversary Proceeding No: **16–90020** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**[The entire order in this matter is set forth in this docket entry. No document is attached.]Order Denying Motion to Shorten Time for Hearing on Defendant's to Continue Hearing on Plaintiff's Motion for Summary Judgment (related document(s): 41, 47, 53, 55). The request for an expedited hearing on the Motion to Continue Hearing is DENIED. The court will hear the matters, Plaintiff's Motion for Summary Judgment and Defendant's Motion to Abstain together as currently scheduled.SO ORDERED. /s/Robert J. Faris, United States Bankruptcy Judge.**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: September 7, 2016

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov