```
                         United States Bankruptcy Court
                                District of Hawaii
```

Mendoza,
    Plaintiff                                        Adv. Proc. No. 16-90020-rjf

Mendoza,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0975-1      User: oriettev      Page 1 of 1      Date Rcvd: Sep 07, 2016
                     Form ID: H9022a      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
```
pla          +Carolyn P. Mendoza,   2214 California Avenue,   Wahiawa, HI 96786-2876
dft          +Dwayne K. Mendoza,    PO Box 89104,   Honolulu, HI 96830-7104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
```
          Dan S. Ikehara    on behalf of Plaintiff Carolyn P. Mendoza dsikehara@aol.com
          Donald L. Spafford, Jr.   on behalf of Defendant Dwayne K. Mendoza
           donaldspaffordattorney@gmail.com,   spaffordECFmail@gmail.com
          Joyce Junko Uehara    on behalf of Plaintiff Carolyn P. Mendoza aiealawoffice@gmail.com
          Lars  Peterson    on behalf of Defendant Dwayne K. Mendoza lars@abelmannlaw.com,
           staff@petersonlawhawaii.com;larsecfmail@gmail.com;rick@abelmannlaw.com;chris@abelmannlaw.com;holl
           y@abelmannlaw.com;brenda@abelmannlaw.com;makana@abelmannlaw.com;ofir@abelmannlaw.com
          W. Richard  Abelmann    on behalf of Defendant Dwayne K. Mendoza rick@abelmannlaw.com,
           notices@abelmannlaw.com;holly@abelmannlaw.com;chris@abelmannlaw.com;brenda@abelmannlaw.com;travis
           @abelmannlaw.com;makana@abelmannlaw.com;lars@abelmannlaw.com;ofir@abelmannlaw.com
                                                                                            TOTAL: 5
```

H9022a (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor(s) | **Dwayne K. Mendoza and Nila T. Mendoza** | United States Bankruptcy Court<br>District of Hawaii |
| Parties | Carolyn P. Mendoza, | |
| | Plaintiff(s) | |
| | v. | |
| | Dwayne K. Mendoza, | Bankruptcy Case number: **13–01333**<br>Chapter: **7** |
| | Defendant(s) | Adversary Proceeding No: **16–90020** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**[The entire order in this matter is set forth in this docket entry. No document is attached.]Order Denying Motion to Shorten Time for Hearing on Defendant's to Continue Hearing on Plaintiff's Motion for Summary Judgment (related document(s): 41, 47, 53, 55). The request for an expedited hearing on the Motion to Continue Hearing is DENIED. The court will hear the matters, Plaintiff's Motion for Summary Judgment and Defendant's Motion to Abstain together as currently scheduled.SO ORDERED. /s/Robert J. Faris, United States Bankruptcy Judge.**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: September 7, 2016

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov