*Filer's Name, Address, Phone, Fax, Email:*

ABELMANN PETERSON ROLLINS LLLC

LARS PETERSON 8604
OFIR RAVIV 10413
677 Ala Moana Blvd. Ste. 1009, Honolulu, Hawaii 96813
Tel 808.589.1010  Fax 888.797.7471
lars@abelmannlaw.com | ofir@abelmannlaw.com



UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

hib_9013-3  (12/09)

| | |
|---|---|
| *Debtor:* DWAYNE K. MENDOZA | Case No.: **13-01333** |
| *Joint Debtor:* NILA T. MENDOZA | Chapter **7** |
| [If adversary proceeding, complete the information below. Use "et al." if multiple parties.]<br>*Plaintiff(s):* CAROLYN P. MENDOZA<br>vs.<br>*Defendant(s):* DWAYNE K. MENDOZA | Adversary Proceeding No.:<br>**16-90020**<br>Related Docket No.:<br>59 |

## CERTIFICATE OF SERVICE

| Document(s) served: | Date served: |
|---|---|
| DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS OR FOR SUMMARY JUDGMENT | 9/16/2016 |

**The undersigned certifies under penalty of perjury that that the following were served the above document(s) by first class mail unless noted otherwise and that consent was given to any service by fax or electronic means.**

[Enter information as shown in example below, including identification of the client if the individual served is an attorney or service agent. CM/ECF Notice of Electronic Filing may be attached to identify parties served. The notation "ECF" means that court records indicate service was made using the court's electronic transmission facilities; "HD" means that service was by hand delivery; "7004(h)" means that service on a depository institution was made by certified mail addressed to an officer of the institution.]

| *Example:*<br>● Name of individual served<br>● If attorney, name of client<br>● Mailing address *or*<br>  Email address if served via ECF *or*<br>  Fax number if served by fax | Dan S. Ikehara<br>On behalf of Plaintiff Carolyn P. Mendoza<br><br>By ECF | Donald L. Spafford, Jr.<br>On behalf of Defendant Dwayne K. Mendoza<br><br>By ECF |
|---|---|---|
| Joyce Junko Uehara<br>On behalf of Plaintiff Carolyn P. Mendoza<br><br>By ECF | | |

| Dated: 9/16/2016 | /s/ Lars Peterson_____<br>Signature                       (If original signature, print name above) |
|---|---|